UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TCYK, LLC,
Plaintiff,

v.  Case No. 8:13-cv-02210-VMC-TGW

DOE 62, aka IP 71.122.89.25,
Defendant.

**NOTICE OF APPEARANCE**

COMES NOW Bradford A. Patrick, Esq., on behalf of DOE 62, also identified by the IP address 71.122.89.25, in the above-styled cause of action, and requests that copies of all pleadings, notices, motions, orders, correspondence, discovery, and other papers filed in this cause exclusive of original service be served upon the Law Offices of Bradford A. Patrick, Esq., 3001 North Rocky Point Drive East, Suite 200, Tampa, Florida, 33607, or if via electronic filing, to bap@baplegal.com.

DATED this 17th day of October, 2013.

/s/ Bradford A. Patrick
Bradford A. Patrick, Esq.
LAW OFFICE OF BRADFORD A. PATRICK, PA
Attorney for Doe 62
Florida Bar No.: 0529850
3001 North Rocky Point Drive East, Ste 200
Tampa, FL 33607
bap@baplegal.com

## CERTIFICATE OF SERVICE

I certify that on October 17, 2013, I electronically filed the foregoing with the Clerk of the Court by using the *CM/ECF* system for the Service List below.

/s/  BRADFORD A. PATRICK

## SERVICE LIST

VIA ECF:

**Richard E. Fee**
Florida Bar No. 813680
IP ENFORCEMENT LAW GROUP P.A.
1227 N. Franklin Street
Tampa, Florida 33602
(813) 490-6050
(813) 490-6051 (Facsimile)
rfee@IPEnforcementLaw.com

Counsel for Plaintiff